UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
THE BANK OF NEW YORK MELLON f/k/a THE
BANK OF NEW YORK as Trustee for FIRST
HORIZON ALTERNATIVE MORTGAGE
SECURITIES TRUST 2006-FA6

**Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Lisa Rosa aka Lisa Sgherzi, aka Lisa Rosa Sgherzi
Debtor

Case No.: 26-10040 VFP

Hearing Date: 3/19/2026 @ 8:30 a.m.

Judge: Vincent F. Papalia

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: February 27, 2026**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:          Lisa Rosa aka Lisa Sgherzi, aka Lisa Rosa Sgherzi
Case No.:        26-10040 VFP
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6, holder of a mortgage on real property located at 1008 Columbia Avenue, North Bergen, NJ, 07047, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when same is filed, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.