**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**



Order Filed on April 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  LISA ROSA

**Case No.:  26-10040VFP**

**Hearing Date:  4/16/2026**

**Judge:  VINCENT F. PAPALIA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 16, 2026**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):   LISA ROSA

Case No.:  26-10040VFP

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 04/16/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must make a payment of $1,500.00 the Trustee by 5/7/2026 and said payment must be received and posted by the Trustee by 5/7/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 5/21/2026 at 8:30 AM.