**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:

Lisa Rosa aka Lisa Sgherzi, aka Lisa Rosa
Sgherzi

Debtor(s).

Case No. 26-10040-VFP
Chapter 13

## NOTICE OF APPEARANCE

**THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee**

**for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6**,

a Secured Creditor in the above styled proceeding, hereby requests that all matters which must

be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to

FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to

the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the

Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of May, 2026, to the following:

Herbert B Raymond
7 Glenwood Avenue
Suite 408
4th Floor
East Orange, NJ 07017
herbertraymond@gmail.com
*Attorney for Debtor(s)*

Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
*Chapter 13 Trustee*

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Lisa Rosa aka Lisa Sgherzi, aka Lisa Rosa Sgherzi
1008 Columbia Avenue
North Bergen, NJ 07047

*Debtor(s)*

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire