Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10040−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lisa Rosa
    aka Lisa Sgherzi, aka Lisa Rosa Sgherzi
    1008 Columbia Avenue
    North Bergen, NJ 07047−1631

Social Security No.:
    xxx−xx−5693

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2026
JAN: jf

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-10040-VFP

Lisa Rosa                                                                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                              Page 1 of 4

Date Rcvd: Jul 07, 2026                                Form ID: 148                                      Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Rosa, 1008 Columbia Avenue, North Bergen, NJ 07047-1631 |
| cr | + | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521026541 | + | Colin M. Quinn, Esq., 745 Kinderkamack Road, River Edge, NJ 07661-2414 |
| 520937581 | + | Cullen Schaffer, 32 Erie Street, Jersey City, NJ 07302-2820 |
| 520937584 | | EZ Pass Customer Service Center, PO Box 149003, Staten Island, NY 10314 |
| 520937586 | + | FAMS, PO Box 469, Woodstock, GA 30188-0469 |
| 520937585 | + | Fams, PO Box 451409, Atlanta, GA 31145-9409 |
| 520937587 | + | Financial Management Services, PO Box 1686, Birmingham, AL 35201-1686 |
| 520937588 | + | Greymorr NJ, LLC, 5106 California Street, Omaha, NE 68132-2234 |
| 520937589 | + | Greymorr Real Estate, LLC, 3701 Regent Blvd #200, Irving, TX 75063-2296 |
| 521029373 | + | Greymorr, LLC, 5002 Dodge Street, Suite 203, Omaha, NE 68132-2906 |
| 520937616 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 520937617 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 520937601 | + | North Bergen MUA, 6200 Tonnelle Avenue, North Bergen, NJ 07047-3312 |
| 520937603 | + | North Bergen Township, 7020 Kennedy Blvd., North Bergen, NJ 07047-3901 |
| 520937602 | + | North Bergen Township, 4233 Kennedy Boulevard, North Bergen, NJ 07047-2779 |
| 520937606 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520937610 | | PSEG, P0 Box 14106, New Brunswick, NJ 08906 |
| 520937605 | + | PSEG, One Gateway Center, Ste. 2500, Newark, NJ 07102-5323 |
| 520937604 | + | Program Support Center, 5600 Fishers Lane, Rockville, MD 20852-1779 |
| 520937618 | + | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, New York, NY 10007-2355 |
| 520937621 | + | Township of North Bergen, PO Box 868, Attn: Tax Collector, Voorhees, NJ 08043-0868 |
| 520937620 | + | Township of North Bergen, PO Box 868, Voorhees, NJ 08043-0868 |
| 520937625 | #+ | Veolia North America, 53 State Street, Boston, MA 02109-3205 |
| 520937628 | + | Veolia Water, Customer Service Center, 500 Frank W Burr Blvd , Mailbox 21, Teaneck, NJ 07666-6804 |
| 520937626 | + | Veolia Water, 69 Devoe Place, Hackensack, NJ 07601-6105 |
| 520937627 | + | Veolia Water, 1045 Westfield Avenue, Rahway, NJ 07065-2040 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520937574 | + | Email/Text: bsimmons@amsher.com | Jul 07 2026 21:21:00 | AmSher Collection Services, 4524 Southlake |

| | | | |
|---|---|---|---|
| | | | Parkway, Hoover, AL 35244-3270 |
| 520937573 | + Email/Text: bsimmons@amsher.com | Jul 07 2026 21:21:00 | AmSher Collection Services, 4524 Southlake Parkway, Ste. 15, Birmingham, AL 35244-3271 |
| 520937575 | + EDI: WFNNB.COM | Jul 08 2026 01:02:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 520937576 | + EDI: WFNNB.COM | Jul 08 2026 01:02:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520937577 | + EDI: WFNNB.COM | Jul 08 2026 01:02:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 520937578 | + EDI: WFNNB.COM | Jul 08 2026 01:02:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 520937579 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 21:28:47 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 520937580 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 21:28:56 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 520937624 | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Jul 07 2026 21:20:00 | US Department of Treasury, Attn: AWG Analyst, PO Box 830794, Birmingham, AL 35283-0794 |
| 520937622 | Email/Text: Fiscal.Service.Bankruptcy.Notices@fiscal.treasury.gov | Jul 07 2026 21:20:00 | US Department of Treasury, Debt Management Services, P0 Box 830794, Birmingham, AL 35283 |
| 520937582 | + Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 07 2026 21:20:00 | EZ Pass, NJ Service Center, 375 McCarter Highway, Newark, NJ 07114-9801 |
| 520937583 | ^ MEBN | Jul 07 2026 21:22:30 | EZ Pass, PO Box 15186, Albany, NY 12212-5186 |
| 520937616 | EDI: JCTM | Jul 08 2026 01:02:00 | T-Mobile, Bankruptcy, PO Box 37380, Albuquerque, NM 87176 |
| 520937617 | EDI: JCTM | Jul 08 2026 01:02:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 520948816 | EDI: JEFFERSONCAP.COM | Jul 08 2026 01:02:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520940888 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 21:28:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937590 | Email/Text: ml-ebn@missionlane.com | Jul 07 2026 21:19:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348 |
| 520937591 | Email/Text: ml-ebn@missionlane.com | Jul 07 2026 21:19:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348 |
| 520937592 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2026 21:20:00 | Mr Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520937593 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2026 21:20:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520937598 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2026 21:20:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 520937599 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 07 2026 21:20:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520937600 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 07 2026 21:20:00 | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650 |
| 520970728 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 07 2026 21:20:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520937596 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2026 21:20:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520937608 | ^ MEBN | Jul 07 2026 21:19:52 | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520947422 | EDI: Q3G.COM | | |

District/off: 0312-2 | User: admin | Page 3 of 4

Date Rcvd: Jul 07, 2026 | Form ID: 148 | Total Noticed: 66

| | | Jul 08 2026 01:02:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 520937611 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 07 2026 21:20:00 | RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520937612 | + Email/Text: RASEBN@raslg.com | | |
| | | Jul 07 2026 21:20:00 | RAS, PI, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520937615 | + EDI: SYNC | | |
| | | Jul 08 2026 01:02:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520937614 | + EDI: SYNC | | |
| | | Jul 08 2026 01:02:00 | Synchrony Bank, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520937613 | + EDI: SYNC | | |
| | | Jul 08 2026 01:02:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520947472 | + EDI: AIS.COM | | |
| | | Jul 08 2026 01:02:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521030677 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 07 2026 21:20:00 | THE BANK OF NEW YORK MELLON, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520937619 | + Email/Text: panynjbankruptcynotices@panynj.gov | | |
| | | Jul 07 2026 21:20:00 | The Port Authority of NY/ NJ, 4 World Trade Center, 150 Grenwich Street, Floor #24, New York, NY 10007-2373 |
| 520937623 | + EDI: IRS.COM | | |
| | | Jul 08 2026 01:02:00 | US Department Of Treasury, Debtor Management Services, PO Box 979101, Saint Louis, MO 63197-9001 |
| 521273932 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Jul 07 2026 21:19:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 520937630 | EDI: WFNNB.COM | | |
| | | Jul 08 2026 01:02:00 | Victoria's Secret Credit Card, Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 520937631 | EDI: WFNNB.COM | | |
| | | Jul 08 2026 01:02:00 | Victoria's Secret Mastercard, Comenity Bank, PO Box 182119, Columbus, OH 43218-2119 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520940889 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520937595 | *+ | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520937594 | *+ | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 520937597 | *+ | Nationstar Mortgage , LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 520937607 | * | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520937609 | *+ | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520937629 | *+ | Veolia Water Company, Customer Service Center, 500 Frank W Burr Blvd , Mailbox 21, Teaneck, NJ 07666-6804 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-2                         User: admin                                    Page 4 of 4
Date Rcvd: Jul 07, 2026                      Form ID: 148                                   Total Noticed: 66

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Herbert B. Raymond | on behalf of Debtor Lisa Rosa herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6 bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6 bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6 skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7